UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Pierre,

                                 Plaintiff,                    **O R D E R**

  - against -                                          No. 7:24-CV-04436 (CS)

JPMorgan Chase Bank, N.A., *et al.*,

                                 Defendants.
-------------------------------------------------------------X

<u>Seibel, J.</u>

     It having been reported to this Court that the claims in this case have been settled (**as only to Defendant Barclays Bank Delaware**), IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs (**as only to Defendant Barclays Bank Delaware**); provided, however, that if settlement is not consummated within sixty days of the date of this order, Plaintiff may apply by letter within the sixty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

     **SO ORDERED.**

Dated: August 6, 2024
       White Plains, New York

                                                      *Cathy Seibel*
                                            CATHY SEIBEL, U.S.D.J.